**Regina M. HARRISON, Petitioner**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 2014–8006.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2015.

Michael Thomas McGonnigal, Columbus Community Legal Services, Washington, DC, argued for petitioner.

Elizabeth Anne Speck, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Sean Siekkinen, Kirk T. Manhardt, Robert E. Kirschman, Jr., Joyce R. Branda; Rafael Alberto Madan, Jason P. Cooley, Joel Feil, Office of General Counsel, Office of Justice Programs.

NEWMAN, CLEVENGER, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**